People v Glover (2026 NY Slip Op 01222)

People v Glover

2026 NY Slip Op 01222

Decided on March 4, 2026

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 4, 2026
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

VALERIE BRATHWAITE NELSON, J.P.
LILLIAN WAN
LAURENCE L. LOVE
ELENA GOLDBERG VELAZQUEZ, JJ.

2023-04152
 (Ind. No. 633/20)

[*1]The People of the State of New York, respondent, 
vMark Glover, appellant.

Patricia Pazner, New York, NY (Steven C. Kuza of counsel), for appellant.
Eric Gonzalez, District Attorney, Brooklyn, NY (Leonard Joblove, Amy Appelbaum, and Sawyer White of counsel), for respondent.

DECISION & ORDER
Appeal by the defendant from a judgment of the Supreme Court, Kings County (Vincent M. Del Giudice, J.), rendered April 5, 2023, convicting him of manslaughter in the first degree, upon his plea of guilty, and imposing sentence.
ORDERED that the judgment is affirmed.
The defendant's contention that his sentence as a second felony offender (Penal Law § 70.06) is unconstitutional in light of Erlinger v United States (602 US 821) is unpreserved for appellate review, as the defendant failed to raise a constitutional challenge before the Supreme Court (see CPL 470.05[2]; People v Hollmond, 243 AD3d 677, 678; People v Smith, 242 AD3d 775, 775). We decline to review it in the exercise of our interest of justice jurisdiction (see People v Hollmond, 243 AD3d at 678; People v Munoz, 237 AD3d 1110, 1111).
The sentence imposed was not excessive (see People v Suitte, 90 AD2d 80).
BRATHWAITE NELSON, J.P., WAN, LOVE and GOLDBERG VELAZQUEZ, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court